S. E. Gross *v.* The People *ex rel.*
and
Same *v.* Same.

*Opinions filed November 8, 1897—Rehearing denied December 14, 1897.*

These cases are in all respects like that of *Walker* v. *People,* (*ante,* p. 473,) and the decision in that case must control here.

Appeal from the County Court of Cook county; the Hon. Orrin N. Carter, Judge, presiding.

Steele & Roberts, and F. W. Young, for appellant.

Per Curiam: These cases are in all respects like that of *Walker* v. *People ex rel.* (*ante,* p. 473,) and were submitted in this court on the briefs and arguments filed in that case. An opinion having been filed in the *Walker case* affirming the judgment of the county court of Cook county, for the reasons there stated the same result follows in these cases.      *Judgment affirmed.*